# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** MA  **Category No.** II  **Investigating Agency:** FDA; HSI

**City:**
**County:**

**Related Case Information:**
- Superseding Ind./ Inf.: ____  Case No.: ____
- Same Defendant: ____  New Defendant: ____
- Magistrate Judge Case Number: 24-4303; 24-4305
- Search Warrant Case Number: 24-4303; 24-4305
- R 20/R 40 from District of: ____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____  ☐ Yes  ☑ No

## Defendant Information:
- **Defendant Name:** Rebecca Fadanelli
- Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** Rebecca Daley, Rebecca F Daley, Rebecca H Daley, Rebecca H Fadanelli-Daley
- **Address:** 155 York St, Stoughton, MA 02072, United States
- **Birth date (Yr only):** 1986  **SSN (last 4#):** 5369  **Sex:** F  **Race:** ____  **Nationality:** ____

**Defense Counsel if known:** ____  **Address:** ____
**Bar Number:** ____

## U.S. Attorney Information
- **AUSA:** Leslie Wright; Sarah Hoefle  **Bar Number if applicable:** 713920

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** ____

**Arrest Date:** 11/01/2024

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment
**Total # of Counts:** ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/31/2024  **Signature of AUSA:** /s/ Leslie A. Wright

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Rebecca Fadanelli

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 545 | Smuggling goods into the United States | 1 |
| Set 2 | 21 U.S.C. § 331(i)(3) | Sale or dispensing of a counterfeit drug | 2 |
| Set 3 | 21 U.S.C. § 331(fff)(3) | Sale or dispensing of a counterfeit device | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**