UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>REBECCA FADANELLI | Docket No. 24-mj-4561-DHH |

**ASSENTED-TO MOTION TO CONTINUE PRELIMINARY HEARING**

    Now comes the defendant Rebecca Fadanelli with the assent of the government and moves this Honorable Court to continue the Preliminary Hearing scheduled for November 14, 2024 to a the next date convenient to the Court and the parties. In support thereof, undersigned counsel is scheduled for an in-person hearing in the Boston courthouse that same day and requires time in the morning to prepare, including meeting with the client in that case.

                                Respectfully Submitted,

                                REBECCA FADANELLI
                                By her attorney,

                                */s/ Joshua Hanye*
                                Joshua Hanye
                                Federal Public Defender Officer
                                51 Sleeper Street, 5th Floor
                                Boston, MA 02210
                                (617) 223-8061
                                Joshua_Hanye @fd.org

**Certificate of Service**

    I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

Date: <u>November 6, 2024</u>　　　　　　　　　　　　　　　*/s/ Joshua Hanye*
                                                                                    Joshua Hanye